# Exhibit 3 –
# Order Denying Petition for
# Panel Rehearing and Rehearing En Banc

# Exhibit 3

| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 25 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| MICHAEL ERWINE,<br><br>      Plaintiff-Appellant,<br><br> v.<br><br>COUNTY OF CHURCHILL; BENJAMIN TROTTER, Churchill County Sheriff,<br><br>      Defendants-Appellees. | No. 22-15358<br><br>D.C. No. 3:18-cv-00461-RCJ-CSD<br>District of Nevada, Reno<br><br>ORDER |

Before: WARDLAW, NGUYEN, and KOH, Circuit Judges.

     The panel has unanimously voted to deny the petition for panel rehearing and rehearing en banc. The full court has been advised of the petition, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. The petition for panel rehearing and rehearing en banc is **DENIED**.