# Exhibit 5 –
# Order Denying Petition for Writ of Certiorari

**Exhibit 5**

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 2, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re: Michael Erwine
        v. Churchill County, Nevada, et al.
        No. 22-1174
        (Your No. 22-15358)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk