Paul A. Cardinale
Nevada State Bar Number 8394
Melanie Bernstein Chapman
Nevada State Bar Number 6223
**CARDINALE FAYARD, APLC**
3800 Watt Ave., Suite 245
Sacramento, CA 95821
Paul.Cardinale@cardinalefayardlaw.com
Melanie.Chapman@cardinalefayardlaw.com

<u>**Southern Nevada Office**</u>:
2460 Professional Court, Suite 110
Las Vegas, NV 89128
Tel: (702) 342-8116
*Attorney for Defendants*
*Zachary Westbrook, John Leonard, and Michel Hall*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ERWINE,<br><br>             Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, CHURCHILL COUNTY, a political subdivision of the State of Nevada; CHURCHILL COUNTY SHERIFF BENJAMIN TROTTER; UNITED STATES OF AMERICA, ZACHARY WESTBROOK, JON LEONARD, MICHEL HALL, GENE BURK; and DOES I through X, inclusive;<br><br>             Defendants. | CASE NO.: 3:24-cv-00045-MMD-CSD<br><br>**NOTICE OF ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT** |

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

Pursuant to FRCP 4(d)(3), Melanie B. Chapman, Esq. hereby accepts/waives service of Plaintiff's Summons and Complaint on behalf of Defendants ZACHARY WESTBROOK, JOHN LEONARD, and MICHEL HALL., in the above-entitled matter.

DATED: February 28, 2024         **CARDINALE FAYARD, APLC**

By:   */s/ Melanie B. Chapman*
     Paul A. Cardinale, Esq.
     Nevada Bar No. 8394
     Melanie B. Chapman
     Nevada Bar No. 6223

*Attorneys for Defendants Zachary Westbrook, John Leonard, and Michel Hall*

**CERTIFICATION OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of Cardinale Fayard, APLC, and that on this 28th day of February 2024, I served a true and correct copy of the foregoing **NOTICE OF ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT** on all parties to this action:

  __X__  Through the CM/ECF System of the United States District Court for the District of Nevada

  ____  By placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepared in Sacramento, California.

Luke A. Busby, Esq.
316 California Ave.
Reno, Nevada 89509
luke@lukeandrewbusbyltd.com
*Attorney for Plaintiff*

Katherine F. Parks
Thorndal Armstrong, PC
6590 S. McCarran Blvd.
Suite B
Reno, NV 89509
kfp@thorndal.com
*Attorneys for Defendants Churchill County and Benjamin Trotter*

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Deseree Rosebrock*
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　An employee of Cardinale Fayard, APLC