## INDEX OF EXHIBITS

Ex. A        Standard Form 95

Ex. B        Progressive Discipline Forms, Memorandums, Performance Improvement Plan and Notices of Disciplinary Action

Ex. C        Compact of Self-Governance Between The Washoe Tribe of Nevada and California and The United States of America