Paul A. Cardinale
Nevada State Bar Number 8394
Melanie Bernstein Chapman
Nevada State Bar Number 6223
**CARDINALE FAYARD, APLC**
3800 Watt Ave., Suite 245
Sacramento, CA 95821
Paul.Cardinale@cardinalefayardlaw.com
Melanie.Chapman@cardinalefayardlaw.com

<u>Southern Nevada Office</u>:
2460 Professional Court, Suite 110
Las Vegas, NV 89128
Tel: (702) 342-8116
*Attorney for Defendants*
*Zachary Westbrook, John Leonard, and Michel Hall*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ERWINE, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, CHURCHILL COUNTY, a political subdivision of the State of Nevada; CHURCHILL COUNTY SHERIFF BENJAMIN TROTTER; UNITED STATES OF AMERICA, ZACHARY WESTBROOK, JON LEONARD, MICHEL HALL, GENE BURK; and DOES I through X, inclusive; <br><br> Defendants. | CASE NO.: 3:24-cv-00045-MMD-CSD <br><br> **ORDER GRANTING STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND REPLY IN SUPPORT OF DEFENDANTS' MOTION TO STAY (First Request)** |

COMES NOW, Plaintiff, MICHAEL ERWINE, and Defendants ZACHARY WESTBROOK, JOHN LEONARD, AND MICHEL HALL, by and through the undersigned counsel, and hereby files the following Stipulation to Extend Time For Defendants To File Reply In Support Of Defendants' Motion To Dismiss Plaintiff's First Amended Complaint and

1  Reply In Support Of Defendants' Motion To Stay.

2      Defendants filed their Motion to Dismiss Plaintiff's First Amended Complaint [DE 62]
3  on or about June 3, 2024. Plaintiff filed his Response in Opposition [DE 73] on or about June
4  17, 2024. Defendants' Reply is currently due on or before June 24, 2024. The parties hereby
5  stipulate to extend Defendant's deadline to file and serve their Reply in support of their Motion
6  to Dismiss Plaintiff's First Amended Complaint to and including July 1, 2024.

7      Defendants filed a Motion to Stay Discovery [DE 64] on or about June 3, 2024. Plaintiff
8  filed his Response in Opposition [DE 74] on or about June 17, 2024. Defendants' Reply is
9  currently due on or before June 24, 2024. The parties hereby stipulate to extend Defendant's
10 deadline to file and serve their Reply in support of their Motion to Stay Discovery to and
11 including July 1, 2024.

DATED: June 21, 2024

BY: /s/ Melanie Bernstein Chapman
    Paul A. Cardinale
    Nevada State Bar Number 8394
    Melanie Bernstein Chapman
    Nevada State Bar Number 6223
    CARDINALE FAYARD, APLC

    2460 Professional Court, Suite 110
    Las Vegas, NV 89128
    Tel: (702) 342-8116
    Paul.Cardinale@cardinalefayardlaw.com
    Melanie.Chapman@cardinalefayardlaw.com

Dated: June 21, 2024

BY: /s/ Luke Busby
    Luke Busby, Esq.
    Nevada Bar No. 10319
    316 California Ave., #82
    Reno, Nevada 89509
    Telephone: (775) 453-0112
    Facsimile: (775) 403-2192
    luke@lukeandrewbusbyltd.com

**IT IS SO ORDERED.**

DATED this 24th day of June 2024.

_____
DISTRICT COURT JUDGE