**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL ERWINE,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants | Case No.: 3:24-cv-00045-MMD-CSD<br><br>**Order**<br><br>Re: ECF No. 100 |

On September 3, 2024, the court issued an order granting the United States' motion to stay discovery pending resolution of its motion to dismiss. (ECF No. 99.) Plaintiff subsequently filed a motion for reconsideration of that order. (ECF No. 100.) The United States filed a response to the motion for reconsideration (ECF No. 103) and Plaintiff filed a reply (ECF No. 104).

On November 6, 2024, District Judge Du issued an order granting the United States' motion to dismiss. (ECF No. 107.)

Therefore, Plaintiff's motion for reconsideration of the order staying discovery as to the United States (ECF No. 100) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: November 7, 2024

_____
Craig S. Denney
United States Magistrate Judge