AO450 (NVD Rev. 7/31/24) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Michael Erwine

Plaintiff,

v.

United States of America et al

Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 3:24-cv-00045-MMD-CSD

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

United States' motion for entry of judgment in its favor (ECF No. 125 ) is granted.

IT IS FURTHER ORDERED pursuant to ECF No. 129 Order, judgment is hereby entered in favor of the defendants, United States', and against plaintiff Michael Erwine.

4/23/2025  
Date

DEBRA K. KEMPI  
Clerk

/s/ GA  
Deputy Clerk