Luke Busby, Esq.
Luke Andrew Busby, Ltd.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
Phone (775) 453-0112
Fax (775) 403-2192
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL ERWINE,

    Plaintiff,                                             3:24-cv-00045-MMD-CSD

v.                                                                      **NOTICE OF APPEAL**

UNITED STATES OF AMERICA, et al.,

    Defendants.

_____/

    Notice is hereby given that MICHAEL ERWINE, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered in this action on April 23, 2025 in favor of Defendants Zachary Westbrook, John Leonard, Michel Hall, and Gene M. Burke [ECF No. 131] in Exhibit 1.

**REPRESENTATION STATEMENT**

    The undersigned represents Plaintiff MICHAEL ERWINE and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiff-Appellant submits this Representation Statement. The following list

identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate:

**Plaintiff-Appellant:**

**Michael Erwine**

Counsel: Luke A. Busby, Esq.
Luke Andrew Busby, Ltd.
316 California Ave.
Reno, NV 89509
Phone: 775-453-0112
Email: luke@lukeandrewbusbyltd.com

**Defendants-Appellees:**

**United States of America**

Counsel: Karissa Dawn Neff, Esq.
United States Attorney's Office
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101
Phone: 702-388-6336
Email: karissa.neff@usdoj.gov

**Zachary Westbrook, John Leonard, Michel Hall**

Counsel: Melanie Bernstein Chapman, Esq.
2460 Professional Court, Suite 110
Las Vegas, NV 89128
702-408-6332
Email: melanie.chapman@cardinalefayardlaw.com

**Gene M. Burke (pro se)**

Gene M. Burke
POB 685
Ridgefield, WA 98642
818-399-4982
Email: geneburke@msn.com

**Churchill County, Benjamin Trotter**

Counsel: Katherine F. Parks, Esq.
Thorndal Armstrong
6590 S. McCarran Blvd., Suite B
Reno, NV 89509
Phone: 775-786-2882
Email: kfp@thorndal.com

Dated: May 12, 2025

By: /s/ Luke Busby
 Luke Busby, Esq.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
Phone (775) 453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

Exhibit List

1. Judgment in Civil Case

# CERTIFICATE OF SERVICE

I certify that on the date shown below, I caused service to be completed of a true and correct copy of the foregoing Document by:

_____ personally delivering;
_____ delivery via Reno/Carson Messenger Service;
_____ sending via Federal Express (or other overnight delivery service);
_____ depositing for mailing in the U.S. mail, with sufficient postage affixed thereto; and/or,
\_\_X\_\_ delivery via electronic means (fax, eflex, NEF, etc.) to:

Karissa Dawn Neff
US Attorney's Office
501 Las Vegas Blvd South
Ste 1100
Las Vegas, NV 89146
702-388-6271
Email: Karissa.Neff@usdoj.gov

Katherine F. Parks, Esq.
Thorndal Armstrong
6590 S. McCarran Blvd. Suite B.
Reno, NV 89509

Melanie Bernstein Chapman
2460 Professional Court #110
Las Vegas, NV 89128

Gene M. Burke
POB 685
Ridgefield, WA 98642

**DATED** this: May 12, 2025

By:\_\_\_ */s/ Luke Busby, Esq*

4