# Exhibit 1

# Exhibit 1

AO450 (NVD Rev. 7/31/24) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Michael Erwine

          Plaintiff,

v.

United States of America et al

          Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 3:24-cv-00045-MMD-CSD

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Defendants Zachary Westbrook, John Leonard, and Michel Halls motion for certification and entry of final judgment (ECF No. 126 ) is granted.

IT IS FURTHER ORDERED that the Court recognizes Defendant Gene M. Burkes joinder (ECF No. 127 ) of Washoe Tribe Defendants' motion for entry of final judgment.

IT IS FURTHER ORDERED pursuant to ECF No. 129 Order, judgment is hereby entered in favor of the defendants, Zachary Westbrook, John Leonard, Michel Hall, and Gene M. Burke and against plaintiff Michael Erwine.

4/23/2025  
Date

DEBRA K. KEMPI  
Clerk

/s/ GA  
Deputy Clerk