Luke Busby, Esq.
Luke Andrew Busby, Ltd.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
Phone (775) 453-0112
Fax (775) 403-2192
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MICHAEL ERWINE,

   Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

   Defendants.
_____/

3:24-cv-00045-MMD-CSD

**NOTICE OF NO TRANSCRIPT REQUEST**

   Notice is hereby given that pursuant to Ninth Circuit Rule 10-3.1(a), Plaintiff-Appellant MICHAEL ERWINE hereby notifies the Court that no transcripts are required for the appeal in the above-captioned case (Ninth Circuit Docket No. 25-3134).

Dated: May 23, 2025

By: /s/ Luke Busby
Luke Busby, Esq.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
Phone (775) 453-0112
luke@lukeandrewbusbyltd.com

**CERTIFICATE OF SERVICE**

I certify that on the date shown below, I caused service to be completed of a true and correct copy of the foregoing Document by:

_____ personally delivering;
_____ delivery via Reno/Carson Messenger Service;
_____ sending via Federal Express (or other overnight delivery service);
_____ depositing for mailing in the U.S. mail, with sufficient postage affixed thereto; and/or,
__X__ delivery via electronic means (fax, eflex, NEF, etc.) to:

Karissa Dawn Neff
US Attorney's Office
501 Las Vegas Blvd South
Ste 1100
Las Vegas, NV 89146
702-388-6271
Email: Karissa.Neff@usdoj.gov

Katherine F. Parks, Esq.
Thorndal Armstrong
6590 S. McCarran Blvd. Suite B.
Reno, NV 89509

Melanie Bernstein Chapman
2460 Professional Court #110
Las Vegas, NV 89128

Gene M. Burke
POB 685
Ridgefield, WA 98642

**DATED** this: May 23, 2025

By: __/s/ Luke Busby, Esq__