Luke Busby, Esq.
Luke Andrew Busby, Ltd.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
Phone (775) 453-0112
Fax (775) 403-2192
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

MICHAEL ERWINE,

   Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

   Defendants.

_____/

3:24-cv-00045-MMD-CSD

**STIPULATION AND ORDER FOR EXTENSION OF DISCOVERY DEADLINES (SECOND REQUEST)**

    COMES NOW, Plaintiff MICHAEL ERWINE and Defendants BENJAMIN TROTTER and CHURCHILL COUNTY, by and through their undersigned counsel, hereby stipulate and respectfully request that the Court extend the discovery deadlines in this matter by sixty (60) days.

    This request is necessitated by significant changes in the procedural posture of the case and ongoing delays in discovery responses. Specifically, the Court's dismissal of the United States, Defendants Zachary Westbrook, John Leonard, Michel Hall (collectively, the "Tribal Defendants"), and Gene M. Burke (ECF Nos. 91, 107, 123, 125, 126, 127, entered April 23, 2025) has altered the nature and scope of the claims at issue, requiring the Parties to reassess the focus and strategy of discovery.

This is the second request for an extension of these deadlines in this matter. The request is made in good faith and not for the purpose of delay. Pursuant to Local Rule 26-4, the Parties provide the following information to the Court in connection with their request for an extension of discovery deadlines:

**A. Statement of Discovery that has been Completed:**

The Parties have conducted an early case conference pursuant to Fed. R. Civ. P. 26(f) on August 6, 2024, and served initial disclosures in accordance with Fed. R. Civ. P. 26(a) on or before August 20, 2024, as stipulated (ECF No. 92). The Parties have entered into a Stipulated Protective Order to facilitate the exchange of confidential materials (ECF No. 101, approved by ECF No. 102 on 9/16/2024). Plaintiff has served requests for production and interrogatories on Defendants Churchill County and Benjamin Trotter. Responses are pending.

B. **Description of the Discovery that Remains to be Completed and the Reasons**

The Parties need to complete responses to pending requests for production, interrogatories, and requests for admission. Depositions of key witnesses, including representatives of out-of-state law enforcement agencies identified in Plaintiff's First Amended Complaint (ECF No. 59), remain outstanding. The dismissal of the United States, Tribal Defendants, and Gene M. Burke has shifted the focus of the case to the remaining claims against Churchill County and Benjamin Trotter.

**C. Proposed Schedule for Completing all Remaining Discovery**

Discovery Cut-Off Date: Existing Deadline: Monday, September 1, 2025 New Deadline: Friday, October 31, 2025

Disclosures (Experts): Existing Deadline: Wednesday, July 2, 2025 New Deadline: Tuesday, September 2, 2025

Disclosures regarding rebuttal experts: Existing Deadline: Monday, August 4, 2025 New Deadline: Friday, October 3, 2025

Dispositive Motions: Existing Deadline: Tuesday, September 30, 2025 New Deadline: Monday, December 1, 2025

Joint Pretrial Order: Existing Deadline: Friday, October 31, 2025 New Deadline: Friday, January 30, 2026

**IT IS SO STIPULATED.**

Dated: Jun 6, 2025

By: /s/ Luke Busby
Luke Busby, Esq.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
Phone (775) 453-0112
luke@lukeandrewbusbyltd.com

By: /s/ Katherine F. Parks
Katherine F. Parks, Esq.
Thorndal Armstrong
6590 S. McCarran Blvd. Suite B.
Reno, NV 89509

**IT IS SO ORDERED**

DATED: June 18, 2025

_____
UNITED STATES MAGISTRATE JUDGE

3