Luke Busby, Esq.
Luke Andrew Busby, Ltd.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
Phone (775) 453-0112
Fax (775) 403-2192
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| MICHAEL ERWINE, | |
| Plaintiff, | 3:24-cv-00045-MMD-CSD |
| v. | **STIPULATION AND ORDER FOR** |
| UNITED STATES OF AMERICA, et al., | **EXTENSION OF DISCOVERY** |
| Defendants. | **DEADLINES (THIRD REQUEST)** |
| _____/ | |

    The Parties, by and through their undersigned counsel, hereby stipulate and respectfully request that the Court extend the discovery deadlines in this matter by thirty (30) days.

    This request is necessitated by the need to complete key depositions that have proven difficult to schedule. The Parties have completed extensive written discovery, including responses to requests for production, interrogatories, and requests for admission. However, the pending depositions of Defendant Benjamin Trotter and Lisa Rigney, which were difficult to schedule due to availability conflicts, have impeded the ability of both Plaintiff and Defendants to have those depositions in hand before expert reports are prepared.

This is the third request for an extension of these deadlines in this matter. The request is made in good faith and not for the purpose of delay. Pursuant to Local Rule 26-4, the Parties provide the following information to the Court in connection with their! request for an extension of discovery deadlines:

**A. Statement of Discovery that has been Completed:**

The Parties have conducted an early case conference pursuant to Fed. R. Civ. P. 26(f) on August 6, 2024, and served initial disclosures in accordance with Fed. R. Civ. P. 26(a) on or before August 20, 2024, as stipulated (ECF No. 92). The Parties have completed written discovery, including Plaintiff's requests for production and interrogatories served on Defendants Churchill County and Benjamin Trotter, with responses provided.

**B. Description of the Discovery that Remains to be Completed and the Reasons:**

The Parties need to complete depositions of key witnesses, including Defendant Benjamin Trotter and representatives of out-of-state law enforcement agencies identified in Plaintiff's First Amended Complaint (ECF No. 59). The depositions of Defendant Trotter have been difficult to schedule due to coordination challenges, which has delayed the preparation of expert reports that rely on this testimony. .

C. Proposed Schedule for Completing all Remaining Discovery:

- Discovery Cut-Off Date:
    - Existing Deadline: Friday, October 31, 2025
    - New Deadline: Monday, December 1, 2025
- Disclosures (Experts):
    - Existing Deadline: Tuesday, September 2, 2025

- ○ New Deadline: Thursday, October 2, 2025
- Disclosures regarding rebuttal experts:
  - ○ Existing Deadline: Friday, October 3, 2025
  - ○ New Deadline: Monday, November 3, 2025
- Dispositive Motions:
  - ○ Existing Deadline: Monday, December 1, 2025
  - ○ New Deadline: Wednesday, December 31, 2025
- Joint Pretrial Order:
  - ○ Existing Deadline: Friday, January 30, 2026
  - ○ New Deadline: Monday, March 2, 2026

**IT IS SO STIPULATED.**

Dated: Aug 20, 2025

By: /s/ Luke Busby  
Luke Busby, Esq.  
Nevada State Bar #10319  
316 California Avenue  
Reno, Nevada 89509  
Phone (775) 453-0112  
luke@lukeandrewbusbyltd.com

By: /s/ Katherine Parks, Esq.  
Katherine F. Parks, Esq.  
Thorndal Armstrong  
6590 S. McCarran Blvd. Suite B.  
Reno, NV 89509

**IT IS SO ORDERED**

DATED: August 20, 2025

_____  
UNITED STATES MAGISTRATE JUDGE