Katherine F. Parks, Esq.
Nevada Bar No. 6227
THORNDAL ARMSTRONG, PC
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorney for Defendants
CHURCHILL COUNTY and BENJAMIN TROTTER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL ERWINE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, CHURCHILL COUNTY, a political subdivision of the State of Nevada; CHURCHILL COUNTY SHERIFF BENJAMIN TROTTER; UNITED STATES OF AMERICA, ZACHARY WESTBROOK, JON LEONARD, MICHEL HALL, GENE BURK; and DOES I through X inclusive,<br><br>Defendants. | Case No.:   3:24-cv-00045-MMD-CSD<br><br>**ORDER GRANTING STIPULATION EXTEND DEADLINE TO FILE TO RESPONSES TO PLAINTIFF'S MOTIONS IN LIMINE [ECFS 148 and 149]**<br><br>**(First Request)** |

COME NOW Plaintiff, MICHAEL ERWINE, and Defendants CHURCHILL COUNTY and BENJAMIN TROTTER, by and through their undersigned attorneys of record, hereby stipulate for an Order allowing Defendants until May 26, 2026, within which to file a response to Plaintiff's Motion to Exclude the March 11, 2021 Churchill County Employment Offer Letter [ECF 148] and Plaintiff's Motion in Limine to Exclude Defendants' Rebuttal Expert Witnesses Aubrey A. Corwin and Eugenia Larmore [ECF 149].

/ / /

/ / /

- 1 -

This request for an extension is made in good faith and not for purpose of delay.

DATED this 14th day of May, 2026.             DATED this 14th day of May, 2026.

LUKE ANDREW BUSBY, LTD                    THORNDAL ARMSTRONG, PC


By:    _/s/ Luke Busby_                               By:    _/s/ Katherine Parks_
         LUKE A. BUSBY, ESQ.                              KATHERINE F. PARKS, ESQ.
         316 California Avenue, #82                       6590 S. McCarran Blvd., Suite
         Reno, Nevada  89509                              Reno, Nevada 89509
         Attorney for Plaintiff                          Attorneys for Defendants
                                                         CHURCHILL COUNTY and
                                                         BENJAMIN TROTTER


**ORDER**


IT IS SO ORDERED.


DATED: This __14th__ day of _May_____, 2026.

_____
UNITED STATES DISTRICT JUDGE

- 2 -