Katherine F. Parks, Esq.
Nevada Bar No. 6227
THORNDAL ARMSTRONG, PC
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorney for Defendants
CHURCHILL COUNTY and BENJAMIN TROTTER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL ERWINE,

      Plaintiff,

vs.

UNITED STATES OF AMERICA,
CHURCHILL COUNTY, a political subdivision
of the State of Nevada; CHURCHILL
COUNTY SHERIFF BENJAMIN TROTTER;
UNITED STATES OF AMERICA, ZACHARY
WESTBROOK, JON LEONARD, MICHEL
HALL, GENE BURK; and DOES I through X
inclusive,

      Defendants.

Case No.:  3:24-cv-00045-MMD-CSD

**STIPULATION AND ORDER TO
EXTEND DEADLINE TO FILE
DISPOSITIVE MOTIONS**

**(First Request)**

    COME NOW Plaintiff, MICHAEL ERWINE, and Defendants CHURCHILL COUNTY

and BENJAMIN TROTTER, by and through their undersigned attorneys of record, hereby

stipulate and agree to extend the current deadline for dispositive motions from June 1, 2026, to

June 15, 2026.

    This is the parties' first request for an extension of the dispositive motions deadline.

/ / /

/ / /

/ / /

- 1 -

The parties submit that this request is not made for purposes of undue delay and that no party shall be prejudiced by the relief requested herein.

DATED this 22nd day of May, 2026.

LUKE ANDREW BUSBY, LTD


By:    /s/ Luke Busby
        LUKE A. BUSBY, ESQ.
        316 California Avenue, #82
        Reno, Nevada  89509
        Attorney for Plaintiff

DATED this 22nd day of May, 2026.

THORNDAL ARMSTRONG, PC


By:    /s/ Katherine Parks
        KATHERINE F. PARKS, ESQ.
        6590 S. McCarran Blvd., Suite
        Reno, Nevada 89509
        Attorneys for Defendants
        CHURCHILL COUNTY and
        BENJAMIN TROTTER

**ORDER**


IT IS SO ORDERED.


DATED: This 26th day of May, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -