Katherine F. Parks, Esq.
Nevada Bar No. 6227
THORNDAL ARMSTRONG, PC
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorney for Defendants
CHURCHILL COUNTY and BENJAMIN TROTTER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL ERWINE, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, CHURCHILL COUNTY, a political subdivision of the State of Nevada; CHURCHILL COUNTY SHERIFF BENJAMIN TROTTER; UNITED STATES OF AMERICA, ZACHARY WESTBROOK, JON LEONARD, MICHEL HALL, GENE BURK; and DOES I through X inclusive, <br><br> Defendants. | Case No.:  3:24-cv-00045-MMD-CSD <br><br><br> **ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSES TO DISPOSITIVE MOTIONS[ECF 163 and ECF 165]** <br> **(First Request)** |

COMES NOW Plaintiff, MICHAEL ERWINE, and Defendants CHURCHILL COUNTY and BENJAMIN TROTTER, by and through their undersigned attorneys of record, hereby stipulate and agree to extend the current deadline for responses to dispositive motions from July 6, 2026, to July 14, 2026.

This is the parties' first request for an extension of the responses to the dispositive motions deadline.

/ / /

/ / /

- 1 -

The parties submit that this request is not made for purposes of undue delay and that no party shall be prejudiced by the relief requested herein.

DATED this 26th day of June, 2026.          DATED this 26th day of June, 2026.

LUKE ANDREW BUSBY, LTD          THORNDAL ARMSTRONG, PC


By:   /s/ Luke Busby                    By:   /s/ Katherine Parks
      LUKE A. BUSBY, ESQ.                       KATHERINE F. PARKS, ESQ.
      316 California Avenue, #82                 6590 S. McCarran Blvd., Suite
      Reno, Nevada  89509                        Reno, Nevada 89509
      Attorney for Plaintiff                      Attorneys for Defendants
                                                 CHURCHILL COUNTY and
                                                 BENJAMIN TROTTER

**ORDER**

IT IS SO ORDERED.


DATED: This 29th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE